UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Malik DeJesus         Defendant(s).

-------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-     (  ) (  )

20 Mag. 7930

Defendant ___Malik Dejesus_____ hereby voluntarily consents to participate in the following proceeding via _X__ videoconferencing or _X__ teleconferencing:

_X__    Initial Appearance Before a Judicial Officer

___    Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

__X_    Bail/Detention Hearing

___    Conference Before a Judicial Officer


/s/Malik DeJesus                                        /s/ Amy Gallicchio
_____                         _____
Defendant's Signature                                   Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Malik Dejesus                                           Amy Gallicchio
_____                         _____
Print Defendant's Name                                  Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

_8/6/20 Date

*Kevin Nathaniel Fox*
_____
U.S. Magistrate Judge